**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EMMETT COLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civ. A. No.: 4:20-cv-01695 |
| VS. | § | JURY DEMANDED |
| | § | |
| CHEMICALS INCORPORATED | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Emmett Coleman and Defendants Chemicals Incorporated and Chemicals Incorporated-Bay City Site (the "Parties") file this Joint Stipulation of Dismissal with Prejudice. The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice. The Parties also agree and stipulate that each shall be responsible for its own respective costs and attorneys' fees incurred as a result of this action.

                  Respectfully submitted,

                   */s/ Clark Woodson III*
                  Clark Woodson III, Attorney in Charge
                  State Bar No.: 00794880
                  S.D. Tex. No.: 21481
                  Law Office of Clark Woodson III
                  601 East Myrtle
                  Angleton, Texas 77515
                  Telephone: (979) 849-6080
                  Fax: (832) 202-2809
                  clark@woodsonlaborlaw.com

                  **ATTORNEY-IN-CHARGE FOR PLAINTIFF EMMETT COLEMAN**

/s/ Adrian V. Villacorta
Adrian V. Villacorta
State Bar No.: 24003111
Federal I.D. No.: 31243
The Villacorta Law Firm, P.C.
530 Lovett Blvd.
Houston, Texas 77006
832-865-7940
832-201-7469 (fax)
avillacorta@avvlaw.com

**ATTORNEY-IN-CHARGE FOR CHEMICALS INCORPORATED AND CHEMICALS INCORPORATED-BAY CITY SITE**